**FEDERAL HOME LOAN MORTGAGE CORPORATION, Aka Freddie Mac, Plaintiff–Appellee**

v.

**GRAFF/ROSS HOLDINGS, LLP, Defendant–Appellant.**

**Nos. 2013–1067, 2013–1068, 2013–1069.**

United States Court of Appeals, Federal Circuit.

May 15, 2015.

Matthew J. Moore, Latham & Watkins LLP, WA, DC, argued for plaintiff-appellee. Also represented by Adam Michael Greenfield, Gabriel Bell.

Jonathan S. Franklin, Norton Rose Fulbright U.S. LLP, WA, DC, argued for defendant-appellant. Also represented by

Sheila C. Kadura, Mark T. Garrett, Austin, TX; Brett Christopher Govett, Dallas, TX.

NEWMAN, REYNA, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

lant. Also Represented by Robert Stephen Rigg.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**